JOHN C. HOWARD and Others, as Executors and Trustees, etc., of GEORGE HALL, Deceased, Respondents, v. MATILDA LOUISE HALL, Appellant. Motion to restate the decision and order, entered July 21, 1932 [ante, p. 754], denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court

of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.